PEER BEARING CO., PLAINTIFF AND DEFENDANT-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND TIMKEN CO., DEFENDANT-INTERVENOR AND PLAINTIFF, AND L & S BEARING CO. AND SHANGHAI GENERAL BEARING CO., LTD., DEFENDANT-INTERVENORS

Consolidated Court No. 97–03–00419

(Dated June 5, 2002)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand: Administrative Review of the Antidumping Duty Order on Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, from the People's Republic of China ("Remand Results"),* issued pursuant to the Court's order in *Peer Bearing Co. v. United States,* 25 CIT 1199, 182 F. Supp. 2d 1285 (2001), and the responses by The Timken Company and Peer Bearing Company, and Commerce having complied with the Court's remand, it is hereby

ORDERED that the Remand Results filed by Commerce on March 26, 2002, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.